Anthony R POWELL, Plaintiff–Appellant

v.

**FRITO LAY INC, Defendant–Appellee.**

**No. 07–20871**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 20, 2008.

Mellannise E. Henderson–Love, Law Office of Mellannise Henderson–Love, Dallas, TX, for Plaintiff-Appellant.

Judith Alane Colbert, Godwin Pappas Ronquillo, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

Anthony Powell filed this lawsuit against Frito–Lay, Inc., alleging that Frito–Lay discriminated and retaliated against him in

242

violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981. The district court granted summary judgment to the defendant. We AFFIRM for essentially the same reasons as stated by the district court.